In the Matter of JOHN J. SMITH, Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

Argued October 17, 1949; decided November 17, 1949.

*John P. McGrath, Corporation Counsel* (*Seymour B. Quel, Howard C. Fischbach* and *Leon Mendelson* of counsel), for appellant.

*Sidney A. Fine* and *Roy P. Monahan* for respondent.

Order affirmed and order absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and BROMLEY, JJ.